UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAFFIC JAM EVENTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 2:21-CV-122** |
| **WILLIAM LILLEY AND LILLEY CONSULTING, INC.** | **SECTION: "H"** |

## ORDER AND REASONS

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Verified Complaint for Damages and application for Preliminary Injunction and Permanent Injunction (Doc. 27). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]  Accordingly,

**IT IS ORDERED** that Plaintiff, Traffic Jam Events, LLC is granted leave to file the First Amended Verified Complaint for Damages and Application for Preliminary Injunction and Permanent Injunction attached to its motion, and the Clerk of Court is hereby ordered to index the attached pleading accordingly.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 21) is hereby **DENIED AS MOOT WITHOUT PREJUDICE.**

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).

1

New Orleans, Louisiana this 1st day of March, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**